1  DALE L. ALLEN, JR., # 145279
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, California  94111-2584
3  Telephone (415) 981-6630
   Facsimile (415) 982-1634
4
   Attorneys for Defendant
5  CITY OF MERCED

6

7

8              UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 ANDREW MOUA,                         )  NO. 1:06-CV-00216-OWW-SMS
                                        )
12              Plaintiff,               )  STIPULATION AND PROPOSED
                                        )  ORDER RE AMENDMENT OF
13         vs.                           )  COMPLAINT TO JOIN
                                        )  ADDITIONAL DEFENDANTS
14 L. McABEE; CITY OF MERCED; UNKNOWN   )
   MERCED POLICE OFFICERS DOES 1-20; does)
15 21-30,                                )
                                        )
16              Defendants.              )
                                        )
17 _____ )

18         The parties, by and through their counsel of record, hereby agree and stipulate as follows:

19         WHEREAS the incident report pertaining to the event(s) upon which this action is premised does

20 not identify all law enforcement officers who were present and participated in the search of plaintiff's

21 residence, and

22         WHEREAS the defense has sought, but has not yet received information identifying the law

23 enforcement officers present at and participating in the search of plaintiff's residence,

24         THEREFORE additional time is needed to produce to plaintiff information such as will allow

25 plaintiff to amend his complaint, joining as defendants such additional law enforcement officers who

26 participated in the search of plaintiff's residence.

27         Plaintiff and defendants agree that at this time it appears an additional 30 days should suffice to

28 allow the defense to complete the process of identifying law enforcement officers who participated in the

search of plaintiff's resident, thereby enabling plaintiff to join additional defendant officer(s) and potentially their employing agency (ies).

Dated: October _____, 2006.         LOW, BALL & LYNCH

                                    By_____/s/    Dale L. Allen, Jr._____
                                    DALE L. ALLEN, JR.
                                    Attorneys for Defendant
                                    CITY OF MERCED

IT IS SO ORDERED.

**Dated:    October _____, 2006.**         /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE