```
 1  JAMES C. HOLLAND, 134233
    Attorney at Law
 2  134 North Conyer St.
    Visalia, CA 93291
 3  (559) 741-1112
    FAX (559) 741-1113
 4
    Attorney for plaintiff ANDREW MOUA
 5
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MOUA | ) No.: 1:06-CIV-00216-OWW-SMS |
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER RE AMENDMENT OF |
| v. | ) COMPLAINT TO JOIN ADDITIONAL |
| | ) DEFENDANTS |
| L. McABEE; CITY OF MERCED; UNKNOWN MERCED POLICE OFFICERS DOES 1-20; DOES 21-30; | ) ) ) |
| Defendants. | ) |

The parties, by and through counsel of record, hereby agree and stipulate as follows:

WHEREAS the incident report pertaining to the event(s) upon which this action is premised, does not identify all law enforcement officers who were present and participated in the search of plaintiff's residence, and WHEREAS, the defense has sought, but has not yet received information identifying the law enforcement officers present at and participating in the search of plaintiff's residence,

therefore additional time is needed to produce to plaintiff information such as will allow plaintiff to amend his complaint, joining as defendants such additional law enforcement officers as

1

1 | who participated in the search of plaintiff's residence.

2 |     Plaintiff and defendants agree that at this time, it appears
3 | an additional 30 days should suffice, within which for the
4 | defense to complete the process of identifying law enforcement
5 | officers who participated in the search of plaintiff's residence,
6 | thereby enabling plaintiff to join additional defendant
7 | officer(s) and potentially their employing agency(ies).

Dated: 10/20/06            /s/ James C. Holland
                           JAMES C. HOLLAND, Attorney for
                           plaintiff ANDREW MOUA

                           LOW, BALL & LYNCH

Dated: _____      By: _____
                           DALE L. ALLEN, JR.
                           MARK F. HAZELWOOD
                           Attorneys for Defendant
                           CITY OF MERCED

///

It is so ordered.

Dated: 10/24/06            /s/ Oliver W. Wanger
                           Oliver W. Wanger, UNITED STATES
                           DISTRICT COURT JUDGE

///

///

///

///

2