```
 1  JAMES C. HOLLAND, 134233
    Attorney at Law
 2  134 North Conyer St.
    Visalia, CA 93291
 3  (559) 741-1112
    FAX (559) 741-1113
 4
    Attorney for plaintiff ANDREW MOUA
 5
 6
 7
 8              UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  ANDREW MOUA                    ) No.: 1:06-CIV-00216-OWW-SMS
                                   )
12       Plaintiff,                ) STIPULATION AND PROPOSED
                                   ) ORDER ALLOWING FURTHER TIME
13  v.                             ) TO OPPOSE DEFENDANTS' MOTION
                                   ) FOR SUMMARY JUDGMENT
14  L. McABEE; CITY OF MERCED;     )
    UNKNOWN MERCED POLICE OFFICERS )
15  DOES 1-20; DOES 21-30;         )
                                   )
16       Defendants.               )
```

The parties, by and through counsel of record, hereby agree and stipulate that plaintiff be allowed an extension of one week to oppose defendants' Motion for Summary Judgment, now pending and scheduled for hearing on September 10, 2007. Plaintiff's opposition, if any, shall be filed on or before August 31, 2007.

///

///

///

///

1

1   The parties further agree and stipulate that the Court will
2   reschedule hearing on the Motion for Summary Judgment to allow
3   defendants the necessary time to reply pursuant to the F.R.C.P.
4   and Local Rules.

5   Dated:  8/23/07          /s/ James C. Holland
                             JAMES C. HOLLAND, Attorney for
6                            Plaintiff ANDREW MOUA

7
                             LOW, BALL & LYNCH
8   Dated:  8/24/07     By: /s/ Dale L. Allen
9                            DALE L. ALLEN, JR.
                             MARK F. HAZELWOOD
10                           Attorneys for Defendant
                             CITY OF MERCED
11  ///
12  It is so ordered.  Hearing on the motion for Summary Judgment is
13  hereby re-scheduled to Monday, October 15, 2007, 10:00 AM in
14  Courtroom 3 before Judge Wanger.
15
    IT IS SO ORDERED.
16
    **Dated:   August 24, 2007**              **/s/ Oliver W. Wanger**
17                                            UNITED STATES DISTRICT JUDGE

2