DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
CITY OF MERCED and L. McABEE

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MOUA,<br><br>   Plaintiff,<br><br>vs.<br><br>L. McABEE; CITY OF MERCED; UNKNOWN MERCED POLICE OFFICERS DOES 1-20; does 21-30,<br><br>   Defendants. | NO. 1:06-CV-00216-OWW-SMS<br><br>ORDER CONTINUING TRIAL DATE AND ASSOCIATED DEADLINES |

The parties to the above-captioned matter, through their respective counsel, have stipulated to a continuance of the trial date, currently scheduled for December 4, 2007, to April 8, 2008, or to a date as soon thereafter as the Court may select, and to continue all associated deadlines accordingly.  Good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The trial date in this matter be continued from December 4, 2007, to April 8, 2008

2. The Pretrial Conference currently scheduled for November 5, 2007, be continued to  March 3, 2008

3. The Mandatory Settlement Conference currently scheduled for November 13, 2007, be continued to February 5, 2008

4. That all other deadlines associated with the trial date be continued accordingly.

IT IS SO ORDERED.

Dated: November 2, 2007             /s/ OLIVER W. WANGER
                                     United States District Judge

-1-
[PROPOSED] ORDER CONTINUING TRIAL DATE AND ASSOCIATED DEADLINES
06cv216.cont.sch.doc        1:06-CV-00216-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com