DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634
Email: dallen@lowball.com
       dlarsen@lowball.com

Attorneys for Defendant
CITY OF MERCED

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MOUA,<br><br>                Plaintiff,<br><br>     vs.<br><br>L. McABEE; CITY OF MERCED; UNKNOWN MERCED POLICE OFFICERS DOES 1-20; does 21-30,<br><br>                Defendants. | NO. 1:06-CV-00216-OWW-SMS<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT CITY OF MERCED'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Date: October 15, 2007<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Oliver W. Wanger |

Defendant CITY OF MERCED's ("Defendant") motion for summary judgment, or in the alternative, summary adjudication, came on regularly for hearing on October 15, 2007, at 10:00 a.m., in Courtroom 3 of the above-entitled court, the Hon. Oliver W. Wanger presiding. James C. Holland, Esq., appeared on behalf of plaintiff ANDREW MOUA ("Plaintiff"), and Dale L. Allen, Jr., Esq., appeared on behalf of Defendant. After reviewing the papers in support of and opposition to the motion, and after oral argument, the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1.    No genuine issue of material fact exists regarding Plaintiff's claim, brought pursuant to 42 U.S.C. §§ 1983 and 1988, of racial discrimination in violation of the Fourteenth Amendment to the

-1-

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT CITY OF MERCED'S
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION
G:\docs\ATimken\Orders To Be Signed\06cv216.sum.jud.wpd                                    1:06-CV-00216-OWW-SMS

U.S. Constitution, and Defendant is entitled to judgment as a matter of law.  Accordingly, Defendant's motion for summary adjudication of this claim is GRANTED.

2. No genuine issue of material fact exists regarding Plaintiff's claim, brought pursuant to 42 U.S.C. §§ 1983 and 1988, of excessive force in violation of the Fourth Amendment to the U.S. Constitution, and Defendant is entitled to judgment as a matter of law.  Accordingly, Defendant's motion for summary adjudication of this claim is GRANTED.

3. No genuine issue of material fact exists regarding Plaintiff's claim, brought pursuant to 42 U.S.C. §§ 1983 and 1988, of retaliation in violation of the First Amendment to the U.S. Constitution, and Defendant is entitled to judgment as a matter of law.  Accordingly, Defendant's motion for summary adjudication of this claim is GRANTED.

4. No genuine issue of material fact exists regarding Plaintiff's claim, brought pursuant to 42 U.S.C. §§ 1983 and 1988, of restriction of free association in violation of the First Amendment to the U.S. Constitution, and Defendant is entitled to judgment as a matter of law.  Accordingly, Defendant's motion for summary adjudication of this claim is GRANTED.

5. No genuine issue of material fact exists regarding Plaintiff's *Monell* claim, brought pursuant to 42 U.S.C. §§ 1983 and 1988, that Defendant is liable for the actions of its officers by countenancing, allowing, condoning or knowingly ratifying such actions or inactions, or by failing to adequately train, supervise, direct, discipline and control the conduct of such officers, and Defendant is entitled to judgment as a matter of law.  Accordingly, Defendant's motion for summary adjudication of this claim is GRANTED.

6. No genuine issue of material fact exists regarding Plaintiff's state common law claim for violation of privacy, and Defendant is entitled to judgment as a matter of law.  Accordingly, Defendant's motion for summary adjudication of this claim is GRANTED.

7. No genuine issue of material fact exists regarding Plaintiff's state common law claim for infliction of emotional distress, and Defendant is entitled to judgment as a matter of law.  Accordingly, Defendant's motion for summary adjudication of this claim is GRANTED.

8. No genuine issue of material fact exists regarding Plaintiff's state common law claim for harassment, and Defendant is entitled to judgment as a matter of law.  Accordingly, Defendant's motion

-2-

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT CITY OF MERCED'S
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION
G:\docs\ATimken\Orders To Be Signed\06cv216.sum.jud.wpd                                                                                      1:06-CV-00216-OWW-SMS

for summary adjudication of this claim is GRANTED.

9. No genuine issue of material fact exists regarding Plaintiff's claim of violation of free speech rights under Art. I § 2 of the Constitution of the State of California, and Defendant is entitled to judgment as a matter of law. Accordingly, Defendant's motion for summary adjudication of this claim is GRANTED.

10. No genuine issue of material fact exists regarding Plaintiff's claim of violation of probable cause to arrest rights under Art. I § 13 of the Constitution of the State of California, and Defendant is entitled to judgment as a matter of law. Accordingly, Defendant's motion for summary adjudication of this claim is GRANTED.

11. No genuine issue of material fact exists regarding Plaintiff's claim for violation of civil rights pursuant to California Civil Code § 52.1 (the "Bane Act"), and Defendant is entitled to judgment as a matter of law. Accordingly, Defendant's motion for summary adjudication of this claim is GRANTED.

12. Genuine issues of material fact exist regarding whether the search and seizure at issue violated Plaintiff's rights under the Fourth Amendment to the U.S. Constitution, and whether Defendant's officers are entitled to qualified immunity from suit and liability. Accordingly, Defendant's motion for summary adjudication of this claim is DENIED.

13. Genuine issues of material fact exist regarding Plaintiff's state common law claim for false arrest and imprisonment. Accordingly, Defendant's motion for summary adjudication of this claim is DENIED.

14. Genuine issues of material fact exist regarding Plaintiff's state common law claim for trespass. Accordingly, Defendant's motion for summary adjudication of this claim is DENIED.

15. Genuine issues of material fact exist regarding Plaintiff's state common law claim for trespass to chattels / conversion. Accordingly, Defendant's motion for summary adjudication of this claim is DENIED.

In light of the above adjudications, the following claims are hereby DISMISSED WITH PREJUDICE: (1) racial discrimination in violation of the Fourteenth Amendment to the U.S. Constitution; (2) excessive force in violation of the Fourth Amendment to the U.S. Constitution; (3)

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT CITY OF MERCED'S
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION
G:\docs\ATimken\Orders To Be Signed\06cv216.sum.jud.wpd                                           1:06-CV-00216-OWW-SMS

1  retaliation in violation of the First Amendment to the U.S. Constitution; (4) restriction of free association
2  in violation of the First Amendment to the U.S. Constitution; (5) *Monell* claim for municipal liability;
3  (6) state common law claim for violation of privacy; (7) state common law claim for infliction of
4  emotional distress; (8) state common law claim for harassment; (9) state constitutional claim for
5  violation of free speech rights (Art. I § 2); (10) state constitutional claim for violation of probable cause
6  to arrest rights (Art. I § 13); and (11) state statutory claim for violation of civil rights pursuant to
7  California Civil Code § 52.1.
8       IT IS SO ORDERED.

10  Dated: <u>November 19</u> , 2007.

12                                            <u>/s/ OLIVER W. WANGER</u>
                                          U.S. DISTRICT JUDGE

-4-

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT CITY OF MERCED'S
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

G:\docs\ATimken\Orders To Be Signed\06cv216.sum.jud.wpd                                        1:06-CV-00216-OWW-SMS