DALE L. ALLEN, JR., # 145279
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
CITY OF MERCED and LARRY McABEE

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MOUA, | NO. 1:06-CV-00216-OWW-SMS |
| Plaintiff, | ORDER DISMISSING DEFENDANT L. McABEE (PER STIPULATION OF PARTIES) |
| vs. | |
| L. McABEE; CITY OF MERCED; UNKNOWN MERCED POLICE OFFICERS DOES 1-20; does 21-30; | |
| Defendants. | |

IT IS SO ORDERED.  DEFENDANT L. McABEE IS HEREBY DISMISSED.

**Dated: February 28, 2008**          **/s/ OLIVER W. WANGER**
                                       **OLIVER W. WANGER**
                                       **UNITED STATES DISTRICT COURT JUDGE**