DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634
Email: dallen@lowball.com
       dlarsen@lowball.com

Attorneys for Defendant
CITY OF MERCED

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MOUA, | NO. 1:06-CV-00216-OWW-SMS |
| Plaintiff, | ORDER DISMISSING COMPLAINT |
| vs. | |
| L. McABEE; CITY OF MERCED; UNKNOWN MERCED POLICE OFFICERS DOES 1-20; does 21-30, | |
| Defendants. | |

On April 24, 2008, the parties to the above-captioned action, through their respective counsel, filed a stipulation to dismiss the complaint with prejudice against the City of Merced, the only remaining defendant in the action, each party to bear their own attorney fees and costs as stated in the release between the parties.

Accordingly, pursuant to that stipulation, IT IS ORDERED that the complaint in the above-captioned action is HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


Dated: August 29, 2008


/s/ OLIVER W. WANGER
OLIVER W. WANGER
U.S. District Judge